FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEAUVE D. RUFF,<br><br>Defendant. | No. 2:20-CR-00087-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 21)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 21**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

    Specifically, Defendant is requesting that he no longer be subject to a curfew and the United States Probation Office have the discretion to change the form of electronic monitoring as needed to comport with his work schedule.

    The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 21,** is **GRANTED**. Special Condition #28 is modified as follows: Defendant is no longer subject to a curfew. The United States Probation Office may authorize a change in electronic monitoring options as it deems appropriate.

    All other terms and conditions of pretrial release not inconsistent herewith
///
///

ORDER - 1

1  shall remain in full force and effect.

2  **IT IS SO ORDERED.**

3  DATED September 23, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2