FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEAUVE D. RUFF,<br><br>Defendant. | No. 2:20-CR-00087-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 26)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 26**. Defendant recites in his motion that the United States does not oppose this request.

    Specifically, Defendant is requesting to modify condition #14 to allow additional travel between the Eastern and Western districts.

    The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 26,** is **GRANTED**. Release condition #14 at **ECF No. 16** is modified as follows: "Defendant shall remain in the Western District of Washington while the case is pending, but is permitted to travel to the Eastern District of Washington for court proceedings and meetings with the Federal Defenders' Office *provided* the Defendant obtains *prior approval* from the U.S. Probation officer in Western Washington."

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 9, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2